UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re: §
§
EXTENSION MEDIA, LLC § Case No. 19-30252 HLB
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/08/2019. The undersigned trustee was appointed on 03/08/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of   $   53,063.14

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 10,448.51 |
   | Bank service fees | 181.86 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]   $   42,432.77

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/02/2019 and the deadline for filing governmental claims was 09/04/2019 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,903.16 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,000.00 , for a total compensation of $ 4,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 24.97 , for total expenses of $ 24.97 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/04/2021             By:/s/E. LYNN SCHOENMANN
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 19-30252 | HLB | Judge: HANNAH L BLUMENSTIEL | Trustee Name: | E. LYNN SCHOENMANN |
|---|---|---|---|---|---|
| Case Name: | EXTENSION MEDIA, LLC | | | Date Filed (f) or Converted (c): | 03/08/19 (f) |
| | | | | 341(a) Meeting Date: | 04/24/19 |
| For Period Ending: | 08/04/21 | | | Claims Bar Date: | 09/02/19 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. BANK OF AMERICA BUSINESS CHECKING #5135 (u) | 308.07 | 308.07 | | 953.34 | FA | 0.00 | 0.00 |
| [03/22/19: from amended schedules; Doc#14] | | | | | | | |
| 2. UMPQUA BANK BUSINESS CHECKING #9518 (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [03/22/19: from amended schedules; Doc#14] | | | | | | | |
| 3. ACCOUNTS RECEIVABLE (u) | 400,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [04/02/19: from amended schedules; Doc#20] | | | | | | | |
| [possibly uncollectible accounts] | | | | | | | |
| 4. 14 REEMS OF PAPER; MISC OFFICE ITEMS (u) | 20.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [03/22/19: from amended schedules; Doc#14] | | | | | | | |
| 5. OFFICE FURNITURE (u) | 195.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [03/22/19: from amended schedules; Doc#14] | | | | | | | |
| 6. OFFICE E EQPT INCLUDING COMPUTER EQPT (u) | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [03/22/19: from amended schedules; Doc#14] | | | | | | | |
| 7. INTERNET DOMAIN NAMES & WEBSITES [9] (u) | 82,000.00 | 0.00 | | 52,109.80 | FA | 0.00 | 0.00 |
| [03/22/19: from amended schedules; Doc#14; Preliminary Trustee Value set at unknown] | | | | | | | |
| [09/13/19: Notice on motion for sale; Doc#52] | | | | | | | |
| [10/11/19: Order approving sale; Doc#64] | | | | | | | |
| [11/04/19: Report of Sale; Doc# 68] | | | | | | | |
| 8. CUSTOMER CONTACT LIST (u) | 35,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [03/22/19: from amended schedules; Doc#14] | | | | | | | |
| 9. RETIREMENT PLANS DIVISION OF AMERITAS (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| [04/02/19: from amended schedules; Doc#20] | | | | | | | |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $517,823.07 | $308.07 | | $53,063.14 | $0.00 | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

| | | | |
|---|---|---|---|
| Case No: | 19-30252　HLB　Judge: HANNAH L BLUMENSTIEL | Trustee Name: | E. LYNN SCHOENMANN |
| Case Name: | EXTENSION MEDIA, LLC | Date Filed (f) or Converted (c): | 03/08/19 (f) |
| | | 341(a) Meeting Date: | 04/24/19 |
| | | Claims Bar Date: | 09/02/19 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/13/19: Motion for approval of sale of IP pending; agreement reached for sale at approx $50K. No furrther apparent assets available for liquidation; will move to TFR and case closing upon receipt of purchase price and court approval of the sale.
10/28/19: Order granting approval of compromise with Bay Business; doc#67
11/04/19: Report of Sale filed for sale of internet domain and website; Doc#68
12/31/19: Additional prospective buyer of remaining IP identified. Further efforts to liquidate remaining IP being pursued.
03/31/20: Efforts to find other buyers for IP unsuccessful.
05/31/20: Hilco Steambank approached for possible purchase of residual IP.
06/30/20: Hilco Streambank considering offer for residual IP.
09/01/20: Unable to find buyer for residual AP. Case to be closed administratively insolvent.
09/30/20: Final fee applications received. TFR in progress.
10/19/20: TFR; await Final Hearing date/time
01/14/21: Final Hearing @10:00AM
01/10/21: TFR withdrawn. Will reassess possibilities of voluntary reductions in professional fees in order to pay partial dividend on wage claims.
05/28/21: Withholding on priority wage claims in progress. TFR to be prepared upon completion.
06/07/21: Missing SS#'s for 5 wage claimants. Contacted each with request to provide.
06/08/21: Final SS# received; wage claim processing in progress.
08/04/21: TFR; await Final Hearing date/time

Initial Projected Date of Final Report (TFR): 03/31/21　　　Current Projected Date of Final Report (TFR): 08/31/21

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-30252 -HLB | Trustee Name: | E. LYNN SCHOENMANN |
|---|---|---|---|
| Case Name: | EXTENSION MEDIA, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0258 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1173 | | |
| For Period Ending: | 08/04/21 | Blanket Bond (per case limit): | $ 999,999,999.99 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 05/07/19 | 1 | BANK OF AMERICA | Bank Cash on Hand | 1229-000 | 953.34 | | 953.34 |
| C 10/15/19 | 7 | GOLD FLAG MEDIA | Purchase of Internet Names & Websie | 1229-000 | 2,500.00 | | 3,453.34 |
| C 10/15/19 | 7 | OPENSYSTEMS MEDIA | Sales of Internet Domain & Websire | 1229-000 | 4,900.00 | | 8,353.34 |
| C 10/15/19 | 7 | REBOOT E-MEDIA, INC | Sale of Internet Domain & Website | 1229-000 | 15,000.00 | | 23,353.34 |
| C 10/15/19 | 7 | QUESTEX, LLC | Sale of Internet Domain & Website | 1229-000 | 8,000.00 | | 31,353.34 |
| C 10/15/19 | 7 | INFORMA | Sale of Domain Names & Website | 1229-000 | 15,300.00 | | 46,653.34 |
| C 10/15/19 | 7 | THRESHOLD SYSTEMS | Sale of Internet Domain & Website | 1229-000 | 6,409.80 | | 53,063.14 |
| C 01/22/20 | 005001 | INTERNATIONAL SURETIES, LTD | Blanket Bond# 016048574 | 2300-000 | | 26.55 | 53,036.59 |
| | | 701 Polydras St., Ste. 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C 02/06/20 | 005002 | MERITDIRECT | Invoice# 195945 | 3991-000 | | 10,421.96 | 42,614.63 |
| C 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 42.50 | 42,572.13 |
| C 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 47.01 | 42,525.12 |
| C 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 45.44 | 42,479.68 |
| C 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 46.91 | 42,432.77 |

|  |  | COLUMN TOTALS | 53,063.14 | 10,630.37 | 42,432.77 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 53,063.14 | 10,630.37 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 53,063.14 | 10,630.37 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account (Non-Interest Earn - *******0258 | 53,063.14 | 10,630.37 | 42,432.77 |
| | | 53,063.14 | 10,630.37 | 42,432.77 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 53,063.14 10,630.37

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-30252 -HLB | Trustee Name: | E. LYNN SCHOENMANN |
|---|---|---|---|
| Case Name: | EXTENSION MEDIA, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0258 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1173 | | |
| For Period Ending: | 08/04/21 | Blanket Bond (per case limit): | $ 999,999,999.99 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********0258)

| | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 04, 2021

Case Number: 19-30252
Debtor Name: EXTENSION MEDIA, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3991-00 | MERITDIRECT | Administrative | | $0.00 | $10,421.96 | $10,421.96 |
| 001 3220-00 | FOX ROTHSCHILD LLP<br>MICHAEL A SWEET<br>345 CALIFORNIA ST STE 2200<br>SAN FRANCISCO CA 94104 | Administrative | | $0.00 | $579.97 | $579.97 |
| 001 3210-00 | FOX ROTHSCHILD LLP<br>MICHAEL A SWEET<br>345 CALIFORNIA ST STE 2200<br>SAN FRANCISCO CA 94104 | Administrative | | $0.00 | $22,750.00 | $22,750.00 |
| 001 3420-00 | BACHECKI CROM & CO LLP<br>CERTIFIED PUBLIC ACCOUNTANTS<br>400 OYSTER POINT BLVD STE 106<br>SOUTH SAN FRANCISCO CA 94080 | Administrative | | $0.00 | $148.36 | $148.36 |
| 001 3410-00 | BACHECKI CROM & CO LLP<br>CERTIFIED PUBLIC ACCOUNTANTS<br>400 OYSTER POINT BLVD STE 106<br>SOUTH SAN FRANCISCO CA 94080 | Administrative | | $0.00 | $7,250.00 | $7,250.00 |
| 000035 004 2810-00 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Administrative | | $0.00 | $861.79 | $861.79 |
| 000004 050 4110-00 | PDM CAPITAL LLC<br>39 BROADWAY STE 1908<br>NEW YORK NY 10006 | Secured | | $43,930.99 | $31,197.00 | $31,197.00 |
| 000009 050 4110-00 | COMPLETE BUSINESS SOLUTIONS GROUP INC<br>C/O JOE<br>20 N 3RD ST<br>PHILADELPHIA PA 19106 | Secured | | $0.00 | $223,147.36 | $223,147.36 |
| 000016 050 4110-00 | FC MARKETPLACE, LLC<br>SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY FSB<br>C/O BECKET AND LEE LLP<br>POB 3002<br>MALVERN PA 19355-0702 | Secured | | $198,000.00 | $198,991.71 | $198,991.71 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 04, 2021

Case Number: 19-30252
Debtor Name: EXTENSION MEDIA, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 005 5800-00 | EFTPS | Priority | | $0.00 | $1,248.56 | $1,248.56 |
| 005 5400-00 | EFTPS | Priority | | $0.00 | $10,889.56 | $10,889.56 |
| 000001 041 5300-00 | NICOLE JACOBSON<br>1071 PRAGUE ST<br>SAN FRANCISCO CA 94112 | Priority | | $0.00 | $7,760.55 | $499.47 |
| 000002 041 5300-00 | CAROLINE HAYES<br>11 MONTBELLE ROAD<br>NEW ELTHAM, LONDON, SE9 3PE<br>ENGLAND | Priority | | $0.00 | $2,400.00 | $154.46 |
| 000005A 041 5300-00 | CLAIR BRIGHT<br>1825 15TH ST #1<br>SAN FRANCISCO CA 94103 | Priority | | $30,000.00 | $12,850.00 | $827.03 |
| 000006A 041 5300-00 | KERRY HOFFMAN<br>9356 GLENFOREST DR<br>NAPLES FL 34120 | Priority | | $25,000.00 | $12,850.00 | $827.03 |
| 000006B 042 5400-00 | KERRY HOFFMAN<br>9356 GLENFOREST DRIVE<br>NAPLES FL 34120 | Priority | | $0.00 | $450.00 | $450.00 |
| 000007 041 5300-00 | DARLA ROVETTI<br>542 ALEMANY BLVD<br>SAN FRANCISCO CA 94110 | Priority | | $7,000.00 | $7,874.33 | $506.79 |
| 000010A 045 5800-00 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>POB 2952<br>SACRAMENTO CA 95812-2952 | Priority | | $6,800.00 | $1,677.53 | $1,677.53 |
| 000011 041 5300-00 | DAVID P LAMMERS<br>3931 LORD BYRON CIR<br>ROUND ROCK TX 78664 | Priority | | $0.00 | $3,400.00 | $218.82 |
| 000014 041 5300-00 | JENNA JOHNSON<br>28016 113TH ST NW<br>ZIMMERMAN MN 55398 | Priority | | $10,000.00 | $10,843.96 | $697.93 |
| 000017 041 5300-00 | DARLA ROVETTI [duplicate]<br>542 ALEMANY BLVD<br>SAN FRANCISCO CA 94110 | Priority | | $0.00 | $0.00 | $0.00 |
| 000019 045 5800-00 | SEC OF LABOR, ON BEHALF OF<br>EXTENSIONS<br>MEDIA 401K<br>US DEPT OF LABOR/EBSA ATTN:<br>A M OLIVER<br>90 7TH ST STE 11300<br>SAN FRANCISCO CA 94103 | Priority | | $0.00 | $8,250.00 | $8,250.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 04, 2021

Case Number: 19-30252
Debtor Name: EXTENSION MEDIA, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000020 041 5300-00 | SALLY L BIXBY<br>6540 SW CHERRYHILL LANE<br>BEAVERTON OR 97008 | Priority | | $10,250.00 | $10,251.27 | $659.77 |
| 000021A 045 5800-00 | STATE OF FLORIDA<br>DEPARTMENT OF REVENUE<br>POB 6668<br>TALLAHASSEE FL 32314-6668 | Priority | | $0.00 | $736.52 | $736.52 |
| 000022A 045 5800-00 | ALEXANDER ACOSTA, SEC OF LABOR ON BEHALF<br>OF EXTENSIONS MEDIA 401(K) SAVINGS PLAN<br>US DEPT OF LABOR/EBSA ATTN: AMINAH M OLI<br>90 7TH ST STE 11300<br>SAN FRANCISCO CA 94103 | Priority | | $0.00 | $8,250.00 | $8,250.00 |
| 000025 045 5800-00 | EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY GROUP MIC 92E<br>POB 826880<br>SACRAMENTO CA 95814 | Priority | | $0.00 | $5,381.75 | $5,381.75 |
| 000028 040 5200-00 | EXTENSION MEDIA LLC<br>[withdrawn]<br>939 N 59TH ST<br>MESA AZ 85205 | Priority | | $0.00 | $0.00 | $0.00 |
| 000029A 041 5300-00 | SVIATOSLAV DOTSENKO<br>939 N 59TH ST<br>MESA AZ 85205 | Priority | | $15,000.00 | $12,850.00 | $827.03 |
| 000032A 041 5300-00 | LYNNETTE REESE [amended by #36]<br>2362 CACTUS RIO LANE<br>WEATHERFORD TX 76087 | Priority | | $0.00 | $0.00 | $0.00 |
| 000032B 042 5400-00 | LYNNETTE REESE [amended by #36]<br>2362 CACTUS RIO LN<br>WEATHERFORD TX 76087 | Priority | | $0.00 | $0.00 | $0.00 |
| 000034A 041 5300-00 | PETER SINGER<br>58 SUMMER ST<br>ANDOVER MA 01810 | Priority | | $20,000.00 | $12,850.00 | $827.03 |
| 000036 A 041 5300-00 | LYNNETTE REESE<br>2362 CACTUS RIO LN<br>WEATHERFORD TX 76087 | Priority | | $0.00 | $12,000.00 | $772.32 |
| 000036 B 042 5400-00 | LYNNETTE REESE<br>2362 CACTUS RIO LANE<br>WEATHERFORD TX 76087 | Priority | | $0.00 | $6,400.00 | $6,400.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 04, 2021

Case Number: 19-30252
Debtor Name: EXTENSION MEDIA, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003 070 7100-00 | PETER SINGER [withdrawn] 58 SUMMER ST ANDOVER MA 01810 | Unsecured | | $20,000.00 | $0.00 | $0.00 |
| 000005B 070 7100-00 | CLAIR BRIGHT 1825 15TH ST #1 SAN FRANCISCO CA 94103 | Unsecured | | $0.00 | $9,148.84 | $9,148.84 |
| 000006C 070 7100-00 | KERRY HOFFMAN 9356 GLENFOREST DRIVE NAPLES FL 34120 | Unsecured | | $0.00 | $13,530.00 | $13,530.00 |
| 000008 070 7100-00 | PG&E C/O BANKRUPTCY IXB7 POB 8329 STOCKTON CA 95208 | Unsecured | | $0.00 | $1,022.43 | $1,022.43 |
| 000012 070 7100-00 | HEIDENHAIN CORPORATION 333 E STATE PARKWAY SCHAUMBURG IL 60173 | Unsecured | | $0.00 | $17,500.00 | $17,500.00 |
| 000013 070 7100-00 | PERELSON WEINER 299 PARK AVE 2ND FL NEW YORK NY 10171 | Unsecured | | $0.00 | $4,800.00 | $4,800.00 |
| 000015 070 7100-00 | OMEDA HOLDINGS LLC ACCOUNTING:OMEDA HOLDINGS LLC 125 SCHELTER RD STE 350 LINCOLNSHIRE IL 60069 | Unsecured | | $0.00 | $23,666.40 | $23,666.40 |
| 000018 070 7100-00 | AMERICAN PORTWELL TECHNOLOGY 44200 CHRISTY ST FREMONT CA 94538 | Unsecured | | $0.00 | $5,000.00 | $5,000.00 |
| 000023 070 7100-00 | 214 HOFFMAN AVE SAN FRANCISCO CA 94114 | Unsecured | | $0.00 | $37,500.00 | $37,500.00 |
| 000024 070 7100-00 | EDWARD J KORCZYNSKI 1210 ARELLA BLVD ANN ARBOR MI 48103 | Unsecured | | $0.00 | $4,000.00 | $4,000.00 |
| 000026 070 7100-00 | BAY BUSINESS CREDIT DAVID J RAPSON 318 SAN CARLOS AVE PIEDMONT CA 94611 | Unsecured | | $450,000.00 | $330,494.95 | $330,494.95 |
| 000027 070 7100-00 | BAY BUSINESS CREDIT DAVID J RAPSON 318 SAN CARLOS AVE PIEDMONT CA 94611 | Unsecured | | $338,500.00 | $335,081.00 | $335,081.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 04, 2021

Case Number: 19-30252
Debtor Name: EXTENSION MEDIA, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000029B 070 7100-00 | SVIATOSLAV DOTSENKO 939 N 59TH ST MESA AZ 85205 | Unsecured | | $0.00 | $949.97 | $949.97 |
| 000030 070 7100-00 | BBC INVESTMENT COMPANY 2950 BUSKIRK AVE STE 300 WALNUT CREEK CA 94597 | Unsecured | | $54,000.00 | $13,068.88 | $13,068.88 |
| 000031 070 7100-00 | OMEDA HOLDINGS LLC ACCOUNTING:OMEDA HOLDINGS LLC 125 SCHELTER RD UNIT 350 LINCOLNSHIRE IL 60069 | Unsecured | | $0.00 | $24,291.40 | $24,291.40 |
| 000033 070 7100-00 | NEVADA PROPERTY 1 LLC C/O GARMAN TURNER GORDON LLP 650 WHITE DR STE 100 LAS VEGAS NV 89119 | Unsecured | | $0.00 | $76,662.66 | $76,662.66 |
| 000034B 080 7200-00 | PETER SINGER | Unsecured | | $20,000.00 | $16,987.32 | $16,978.32 |
| | Case Totals: | | | $1,248,480.99 | $1,558,266.03 | $1,459,144.60 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

Case: 19-30252    Doc# 83    Filed: 09/07/21    Entered: 09/07/21 16:29:52    Page 11 of 16

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-30252 HLB
Case Name: EXTENSION MEDIA, LLC
Trustee Name: E. LYNN SCHOENMANN

| | | |
|---|---|---|
| Balance on hand | $ | 42,432.77 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: E. LYNN SCHOENMANN | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| Trustee Expenses: E. LYNN SCHOENMANN | $ 24.97 | $ 0.00 | $ 24.97 |
| Attorney for Trustee Fees: FOX ROTHSCHILD LLP | $ 22,750.00 | $ 0.00 | $ 22,750.00 |
| Attorney for Trustee Expenses: FOX ROTHSCHILD LLP | $ 579.97 | $ 0.00 | $ 579.97 |
| Accountant for Trustee Fees: BACHECKI CROM & CO LLP | $ 7,250.00 | $ 0.00 | $ 7,250.00 |
| Accountant for Trustee Expenses: BACHECKI CROM & CO LLP | $ 148.36 | $ 0.00 | $ 148.36 |
| Other: FRANCHISE TAX BOARD | $ 861.79 | $ 0.00 | $ 861.79 |
| Other: MERITDIRECT | $ 10,421.96 | $ 10,421.96 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 35,615.09 |
| Remaining Balance | $ 6,817.68 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 38,727.47 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000036 B | LYNNETTE REESE | $ 6,400.00 | $ 0.00 | $ 0.00 |
| 000002 | CAROLINE HAYES | $ 154.46 | $ 0.00 | $ 154.46 |
| 000005A | CLAIR BRIGHT | $ 827.03 | $ 0.00 | $ 827.03 |
| 000006A | KERRY HOFFMAN | $ 827.03 | $ 0.00 | $ 827.03 |
| 000007 | DARLA ROVETTI | $ 506.79 | $ 0.00 | $ 506.79 |
| 000010A | FRANCHISE TAX BOARD | $ 1,677.53 | $ 0.00 | $ 0.00 |
| 000011 | DAVID P LAMMERS | $ 218.82 | $ 0.00 | $ 218.82 |
| 000014 | JENNA JOHNSON | $ 697.93 | $ 0.00 | $ 697.93 |
| 000020 | SALLY L BIXBY | $ 659.77 | $ 0.00 | $ 659.77 |
| 000021A | STATE OF FLORIDA | $ 736.52 | $ 0.00 | $ 0.00 |
| 000025 | EMPLOYMENT DEVELOPMENT DEPT | $ 5,381.75 | $ 0.00 | $ 0.00 |
| 000028 | EXTENSION MEDIA LLC [withdrawn] | $ 0.00 | $ 0.00 | $ 0.00 |
| 000029A | SVIATOSLAV DOTSENKO | $ 827.03 | $ 0.00 | $ 827.03 |
| 000034A | PETER SINGER | $ 827.03 | $ 0.00 | $ 827.03 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000032B | LYNNETTE REESE [amended by #36] | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006B | KERRY HOFFMAN | $ 450.00 | $ 0.00 | $ 0.00 |
| 000036 A | LYNNETTE REESE | $ 772.32 | $ 0.00 | $ 772.32 |
| 000001 | NICOLE JACOBSON | $ 499.47 | $ 0.00 | $ 499.47 |
| AUTO | INTERNAL REVENUE SVC | $ 39.97 | $ 0.00 | $ 0.00 |
| AUTO | INTERNAL REVENUE SVC | $ 96.61 | $ 0.00 | $ 0.00 |
| AUTO | INTERNAL REVENUE SVC | $ 413.14 | $ 0.00 | $ 0.00 |
| AUTO | Employment Development Department | $ 113.67 | $ 0.00 | $ 0.00 |
| AUTO | Texas Workforce Commission | $ 26.76 | $ 0.00 | $ 0.00 |
| AUTO | Minnesota Employment and | $ 10.05 | $ 0.00 | $ 0.00 |
| AUTO | Florida Department of Revenue | $ 22.33 | $ 0.00 | $ 0.00 |
| AUTO | Massachusettes Department of | $ 7.77 | $ 0.00 | $ 0.00 |
| AUTO | Arizona Department of Economic Security | $ 16.54 | $ 0.00 | $ 0.00 |
| AUTO | Oregon Employment Department | $ 17.15 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 6,817.68

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 140,682.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | PG&E | $ 1,022.43 | $ 0.00 | $ 0.00 |
| 000012 | HEIDENHAIN CORPORATION | $ 17,500.00 | $ 0.00 | $ 0.00 |
| 000013 | PERELSON WEINER | $ 4,800.00 | $ 0.00 | $ 0.00 |
| 000024 | EDWARD J KORCZYNSKI | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000030 | BBC INVESTMENT COMPANY | $ 13,068.88 | $ 0.00 | $ 0.00 |
| 000033 | NEVADA PROPERTY 1 LLC | $ 76,662.66 | $ 0.00 | $ 0.00 |
| 000029B | SVIATOSLAV DOTSENKO | $ 949.97 | $ 0.00 | $ 0.00 |
| 000005B | CLAIR BRIGHT | $ 9,148.84 | $ 0.00 | $ 0.00 |
| 000006C | KERRY HOFFMAN | $ 13,530.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE